IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00017-WYD-MJW

EVELYN T. BACA,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,
an Illinois corporation,

    Defendant.

---

**ORDER CHANGE OF CAPTION**
(Docket No. 7)

---

It is ORDERED that the Unopposed Motion to Change Caption is granted and the Defendant is designated as State Farm Fire and Casualty Company.

DATED: February 14th, 2006.

_____
United States Magistrate Judge
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE