## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00017-WYD-MJW

EVELYN T. BACA,

    Plaintiff,

v.

STATE FARM FIRE AND CASUALTY COMPANY,
an Illinois corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice executed by counsel for Plaintiff and by counsel for Defendant and filed on June 19, 2006. Having reviewed the Stipulation and being fully advised, it is

ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff against Defendant are hereby **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs.

Dated: June 20, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge